## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

TAMIECA I. TOBIERRE,

             Plaintiff,

v.

CVS PHARMACY, INC.,

             Defendants.

**Civil Action No.  3:26-cv-00502**

April 2, 2026

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, Defendant, **CVS Pharmacy, Inc.,** (hereinafter "CVS" or  "Defendant"), hereby gives notice of the removal of the above-captioned action from the Superior Court of Connecticut, J.D. of Hartford, at Hartford, which is the judicial district in which said action is pending, to this Court. The grounds for removal are as follows:

1.      On or about March 9, 2026, the plaintiff, Tamieca I. Tobierre, commenced a civil action against CVS in the Superior Court of Connecticut, Judicial District of Hartford, at Harford, Docket Number, HHD-CV-26-5092735-S (the "Superior Court Action"). **Exhibit A**, Plaintiff's Complaint, appended hereto.

2.      On or about March 4, 2026, the plaintiff, Tamieca I. Tobierre, served a complaint on Defendant (the "Superior Court Action"). **Exhibit B**, Return of Service.

3.      CVS received the Complaint from the Plaintiff on March 4, 2026, less than thirty (30) days prior to the date of this filing.  Removal of this action is therefore timely under 28 U.S.C. §1446(b).

4.      According to the Complaint, Plaintiff alleges harm as a result of Defendant's alleged negligence.

5.      Plaintiff brought this claim on her own behalf.  At both the time of filing of the complaint and at the time of removal, Plaintiff was, and is, domiciled in Connecticut.  Therefore, plaintiff is a citizen of the State of Connecticut for the purposes of diversity.  See 28 U.S.C. §1332(c)(2).

6.      At both the time of the filing of plaintiff's complaint and the time of removal, Defendant, CVS Pharmacy, Inc. was, and is, a corporation organized and existing under the law of the State of Rhode Island with its principal place of business, headquarters, and center of direction, control, and coordination in Woonsocket, Rhode Island.

7.      Plaintiff alleges in her complaint that her claim is worth in excess of this court's minimum jurisdictional threshold.  **Exhibit A**, Statement of Damages.

8. "Whenever federal jurisdiction in a removal case depends upon complete diversity, the existence of diversity is determined from the fact of citizenship of the parties named and not from the fact of service." *Allstate Ins. Co. v. Turner,* U.S. Dist. LEXIS 6022 *6-*7  (S.D.N.Y., April 4, 2002) *quoting  New York Life Ins. Co. v. Deshotel,* 142 F.3d 873, 883 (5th Cir. 1998).

9. Complete diversity existed at the time of the filing of the complaint and at the time of removal because the named parties, Plaintiff and CVS, were, and remain, citizens of different states.

10..      The Superior Court of Connecticut, Judicial District of Hartford at Hartford, is located within the jurisdiction of the United States District Court for the District of Connecticut. Therefore, removal to this Court is proper.

11.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in this case are attached as **Exhibit C.**

9.      A copy of this Notice of Removal shall be filed with the Clerk of the Superior Court of Connecticut, Judicial District of Hartford at Hartford and served on all counsel of record, consistent with 28 U.S.C. § 1446(d).

WHEREFORE, Defendant, having provided notice as is required by law, now removes the

2

above-referenced matter from the Superior Court of the State of Connecticut to the United States District Court for the District of Connecticut.

Dated:  <u>April 2, 2026</u>

Respectfully submitted,
Defendant,
**CVS Pharmacy, Inc.,**
By its attorneys,


<u>/s/ Paul E. Dwyer</u>
Paul E. Dwyer, Esquire (ct30681)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
931 Jefferson Boulevard, Suite 1003
Warwick, RI 02886
Telephone: 401.298.9001
Facsimile:  401.921.2134
pdwyer@mdmc-law.com

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on this 2nd day of April, 2026, a copy of the defendant's Notice Removal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court' electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court' CM/ECF System a true and accurate copy of the within was mailed to the below individuals via regular mail:

*Plaintiff, Pro Se*
Tamieca I. Tobierre
100 Trumbull Street, 908
Hartford, CT  06103


<u>/s/ Paul E. Dwyer</u>
Paul Dwyer, Esquire

#13720516v1<MDMDOCS>